311 F.2d 226
 Roy LOSEE et al.
v.
BERYLLIUM RESOURCES, INC., a corporation.
 No. 7065.
 United States Court of Appeals Tenth Circuit.
 Sept. 27, 1962.
 
 R. Lauren Moran and Gilbert L. McSwain, Denver, Colo., and Dudley D. Crafts, Delta, Utah, for appellants.
 Clifford L. Ashton, Leonard J. Lewis and Howard L. Edwards, Salt Lake City, Utah, for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed September 27, 1962, pursuant to stipulation.